

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kimberly Davis, Appellant

No. 06-18-00173-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 43655-B).   Opinion delivered by Unassigned, participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Kimberly Davis, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 17, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk